IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN LAVON MORGAN                                                         PLAINTIFF

vs.                              Civil No. 1:10-cv-01041

RICHARD McKINNEY, et al.                                                  DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed September 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Bryant recommends that Planitiff's claims be dismissed as the claims are frivolous, fail to state claims upon which relief can be granted, and assert claims against individuals immune from suit.. 28 U.S.C. § 1915A(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED**. This dismissal will constitute a strike for purposes of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 5thday of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge